UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| United States of America,<br>Plaintiff,<br><br>v.<br><br>Jose Cabezudo, Jr.,<br>Defendant. | ) | C.A. No. 26-MJ-44-AEM |

**ORDER**

Amy E. Moses, United States Magistrate Judge.

The Court finds that Defendant Jose Cabezudo, Jr. "is financially unable to provide the necessary transportation to appear before" the United States District Court for the Eastern District of Tennessee where his appearance is required at the United States Courthouse in Knoxville, Tennessee on October 13, 2026 at 10:00am in Courtroom 3A for an Arraignment before Magistrate Judge Jill E. McCook. 18 U.S.C. § 4285. The Court further finds that the interests of justice would be served by the United States Marshals Service providing Mr. Cabezudo's transportation to that hearing. Therefore, Mr. Cabezudo's Amended Motion for Travel Expenses (ECF No. 11) is GRANTED.

Pursuant to 18 U.S.C. § 4285, the United States Marshals Service is hereby ORDERED to arrange for Mr. Cabezudo's noncustodial transportation, or furnish the fare necessary for such transportation, from Providence, Rhode Island to Knoxville, Tennessee so that he arrives early for his 10:00am Arraignment on October 13, 2026.

The United States Marshals Services is further ORDERED to furnish Mr. Cabezudo with the subsistence expenses authorized by 18 U.S.C. § 4285.

IT IS SO ORDERED.

_________________________________
Amy E. Moses
United States Magistrate Judge

October 8, 2026